■ Maria K. Laino, Appellant-Respondent, v Peter L. Laino, Respondent-Appellant. [654 NYS2d 292] —Judgment, Supreme Court, New York County (Jacqueline Silbermann, J.), entered on or about June 8, 1995, which, *inter alia,* distributed the marital property and awarded plaintiff maintenance, unanimously affirmed, without costs.

We find the distribution to be equitable "even if the parties may not have received an exactly 50-50 division of the marital property" (*Wallach v Wallach*, 204 AD2d 211, 212), and that the court properly exercised its discretion as to matters involving the amount and duration of maintenance, child support and counsel fees (*see, Kreizel v Kreizel*, 201 AD2d 318). Concur—Sullivan, J. P., Rosenberger, Wallach and Williams, JJ.

■ The People of the State of New York, Respondent, v Robert Crawford, Appellant. [654 NYS2d 288] —Judgment, Supreme Court, Bronx County (Lawrence Bernstein, J.), rendered March 9, 1995, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him, as a persistent violent felony offender, to a term of 15 years to life, unanimously affirmed.

The court's *Sandoval* ruling was a proper exercise of discretion. Concur—Sullivan, J. P., Rosenberger, Ellerin and Williams, JJ.